**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PATRICK SCHOEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-1218 |
| | ) |
| JAMIE SYCAMORE, Advisory Neighborhood Commission Representative for Single-Member District 1B03, in his individual and official capacities, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT**

1. Plaintiff Patrick Schoen criticized his elected official, Jamie Sycamore, by liking and responding to posts on twitter calling into question Sycamore's fitness for office and by disagreeing with Sycamore's decision to block other users. In response, Sycamore barred Schoen from Sycamore's official twitter page, @SycamoreANC, which is Sycamore's preferred public forum for communicating with his constituents about official business related to his duties as an elected official. The First Amendment forbids this censorship. Schoen brings this action seeking an injunction restoring him to the forum and forbidding Sycamore from barring him because of the content of his protected speech; a declaratory judgment that barring him from the forum violates the First Amendment; and nominal damages and associated costs and fees.

## Parties

2. Plaintiff Patrick Schoen is a D.C. resident who is active in his community and in local politics. He believes in policies to promote affordable housing, denser zoning, and community-based approaches to public safety. Schoen uses the twitter account @macschoen to follow and participate in discussions relevant to his local community.

3. Defendant Jamie Sycamore is an Advisory Neighborhood Commission (ANC) representative in Washington, D.C. He was elected to single-member district 1B03 in November 2022 and took office in January 2023, and he has held office continuously since then. He uses the twitter account @SycamoreANC to communicate with his constituents and to provide a forum for their input on issues of municipal

concern like public safety and zoning restrictions. He uses no other twitter account for his official business.

<b><u>Jurisdiction and Venue</u></b>

4.      Schoen brings this action pursuant to 42 U.S.C. § 1983, and this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

5.      Venue is proper in this district because the events complaint of occurred in this district and this Court may exercise general (and specific) personal jurisdiction over Sycamore, who is a domiciliary and public official of the District of Columbia.

<b><u>Twitter</u></b>

6.      Twitter is a social-media platform on which users can send messages of a limited length to the public.

7.      Users are identified by a unique name of their choosing, called a handle. Handles begin with the "@" character. (This leading character is sometimes unsaid or sometimes pronounced as "at," like in an email address.)

8.      Users can post messages (tweet), respond to the messages of others (reply), republish the messages of others (retweet), or convey approval of others' messages (like).

9.      All of a user's twitter activity is collected on a continuously updated page, called a timeline. The timeline page contains a user's handle alongside optional graphics, followed by an optional short description of the user (called a bio), followed by buttons to view the user's tweets; tweets and replies; media, including videos and photographs; and likes. As of May 1, 2023, Sycamore's ANC account bio and heading appears as follows, with the timeline buttons underneath:

2



10. The "tweets" option is the default selection for what appears next. Users may choose to "pin" a tweet, which causes that tweet to appear first whenever users view tweets on their timelines. The pinned tweet, if there is one, is then followed by additional tweets in reverse chronological order, interspersed with advertising or promotional content. Tweets appearing on the timeline include both original text and "retweets" of other users' posts, which generally indicates support for those posts.

11. When a user replies to another user's tweet, a comment thread is created. On this thread, users can see and reply to the original tweet, replies to the original tweet, replies to replies to that tweet, and so on.

12. A user can also interact with other users by "tagging" them in a tweet by typing in the "@" symbol follows by the other users' usernames, which notifies that user of the tweet.

13. Users can choose other users whose activity they want to follow. When one user follows another, all of the followed user's tweets, replies, and retweets appear on a continuously updated page created for the following user, called a feed.

14. Twitter users can bar other users from interacting with them and their tweets, and from participating in the debate that the original user started, by taking an action called "blocking." When one user blocks another, the blocked user cannot see the blocking user's tweets, replies, or retweets, and the blocking user cannot reply to, retweet, or like the blocking user's twitter activity.

15. When a user blocks another user, the blocking user bars the blocked user from all comment threads created by the blocking user's tweets and from the blocking user's timeline. This means that blocked users cannot express their views regarding blocking users' tweets to the people to whom blocking users send tweets, retweets, or replies. This is true even if the blocked or blocking user tags the other user.

16. When someone who has been blocked attempts to view the entire feed or a single tweet of the blocker, the blocked user instead sees a message indicating that, indeed, the user has been blocked. The message looks like the following:



**Commissioner Jamie Sycamore**
@SycamoreANC

# @SycamoreANC blocked you

You are blocked from following @SycamoreANC and viewing @SycamoreANC's Tweets.

17. Users may cause other users' tweets not to appear in their feeds, an action called "muting." Whereas blocked users cannot post replies visible to the blocking users' *followers*, muted users are disabled from communicating with only the muting users *themselves*; muted users can still participate in the conversations created by muting users' tweets.

## Sycamore Blocks Schoen From His Twitter Account, on Which He Has Created a Public Forum, Because of the Viewpoint of Schoen's Protected Speech

18. On April 5, 2023, Schoen noticed other twitter users were tweeting about his elected ANC representative, Jamie Sycamore. According to those tweets, Sycamore had over $50,000 in outstanding tax liens, and had misrepresented his credentials in order to perform interpretation services for deaf clients in court even

though he was not qualified to do so. The tweets alleged that he was so bad at interpretation that he became a "case study" for what not to do at Gallaudet University's interpretation program, which Sycamore allegedly briefly attended but dropped out from without returning.

19.     Schoen saw tweets such as the following:



**Kate Ross** ✓
@kate_ross_

I want to know how @SycamoreANC is keeping up with his tax lien payment plans without a paying job.

🚨$56,000🚨

These are the kind of things you avoid with government employees because they can be bribed.



10:47 PM · Apr 3, 2023 · **14.4K** Views

**3** Retweets  **2** Quotes  **40** Likes  **2** Bookmarks

**Kate Ross** ✓ @kate_ross_ · Apr 3
Not to mention these little ones from his hometown of Rochester.

💬 1    🔁 1    ♡ 16    ᴫ 1,217



**Thread**

**Kate Ross** ✓ @kate_ross_ · Apr 3
@DCist @wcp @axios

💬 1      🔁      ♡ 6      ᶴᶥᶥ 1,085      ⬆

**Kate Ross** ✓ @kate_ross_ · Apr 4

**Kate Ross** ✓ @kate_ross_ · Apr 4
More @ANC1B fun news!!

New nickname drop for @SycamoreANC.

Jaime "PREJURY" Sycamore

See the thread quote tweeted for all the details.

Time to resign.  twitter.com/kate_ross_/sta…

Show this thread

However, there is more to that part of the story.  Because my colleague's challenge was answered by the attorney with an extensive voir dire (where they ask the interpreter to verify their credentials for the record).  To which Mr. Stephens recounted that he was qualified to do the job because he holds the Virginia Quality Assurance Screenings  II/III.  This is incorrect in two ways.  First, the II/III are defined as "screenings" NOT as "certifications."   A Level II means that only 65% of the information was accurately conveyed and the Level III means only 80% is being accurately  conveyed.   Neither of these credentials would have qualified him to be in court.  HOWEVER, all of this is moot because an email to the Virginia Department of the Deaf and Hard of Hearing yielded the following to me:

"Jamie Stephens had a VQAS Level III in Transliterating, Level II in Interpreting.  However, those credentials expired in July of 2014." – Elaine  S. Ziehl, VDDHH, VQAS/EIPA/ISP Specialist

Which means that he no longer holds this screening level.  Which means he committed PERJURY.

💬      🔁      ♡ 4      ᶴᶥᶥ 816      ⬆

**Biketifa Esq.** @BIKETIFA · Apr 4
So he's not just a Nazi apologist, he's also a tax cheat… what a time to be alive 🤯

💬 1      🔁      ♡ 12      ᶴᶥᶥ 733      ⬆

**James Salt** @jamesmsalt · Apr 4
Usually these involve people just walking away from financial obligations as a form of avoidance. If this is one of his traits, I wonder how it manifests on his ANC?

💬      🔁      ♡ 3      ᶴᶥᶥ 482      ⬆

**Kodi Seaton** @StepToTheMic · Apr 9
Liens? Perjury? What in the George Santos is going on here, Jamie?!!!!

💬      🔁      ♡ 1      ᶴᶥᶥ 31      ⬆

20.     Schoen immediately recognized that the person these tweets referenced was his own elected ANC official.

21.     Schoen was surprised by these tweets and believed that they called into question Sycamore's fitness for public office.

22.    Schoen responded to one twitter thread that Sycamore had been tagged in, expressing outrage and asking for more information:[1]



23.    In another tweet, Schoen tagged Sycamore and compared him to U.S. House Representative George Santos, who has also been accused of financial misconduct and dishonesty:

---

[1] The tweet below contains a typo; Schoen mistakenly writes that Sycamore is the ANC for 1B04 when he is in fact the ANC for 1B03.



**Mac Schoen** 🔒
@macschoen

DC: Who's this Jamie guy? George Santos'
understudy? @SycamoreANC

10:46 PM · 4/5/23 · **12** Views

24.     Schoen also saw that other users were reporting that Sycamore was blocking people who tweeted about this information. Schoen criticized Sycamore for blocking people in another tweet:[2]

---

[2] The word "zoinks" in the tweet below is an exclamation of surprise.



25. Schoen went to bed shortly after posting these tweets. By the time he woke up, Sycamore had blocked Schoen as well.

26. Now, when Schoen goes to Sycamore's twitter profile, he sees the following:



**@SycamoreANC blocked you**

You are blocked from following @SycamoreANC and viewing @SycamoreANC's Tweets.

27. As of May 1, 2023, Schoen, using his account, cannot view or comment on any of Sycamore's tweets, retweets, or threads.

28. In addition to Schoen, Sycamore blocked over a dozen other accounts, including constituents, multiple ANC officeholders, and the President of the D.C. Latino Caucus.

### Sycamore Uses His Twitter Account for Public Business and Schoen is Harmed by Not Having Access to It

29. Since the account's creation in July 2022, Sycamore has posted hundreds of tweets. Just this month, he has tweeted or retweeted over a hundred times.

30. A significant portion of these tweets are communications with constituents about public business. Sycamore even asks his constituents for opinions on how he should vote on upcoming matters:



**Commissioner Jamie Sycamore**
@SycamoreANC

···

Thoughts?

 **Martin Austermuhle** ✓  @maustermuhle · Apr 3

Interesting: @BrianneKNadeau has an emergency bill up for a vote in the D.C. Council tomorrow that would let the city give grants to help cover the cost of renovations of the African American Civil War Museum and Ben's Chili Bowl.

Show this thread

Sec. 2. (a) The African American Civil War Museum ("AACWM") opened to the public more than 20 years ago, and helps visitors understand the largely unknown role of black and brown soldiers who fought for freedom from slavery during the Civil War. The AACWM displays photographs, documents, and artifacts, and holds regular seminars and historic presentations by community members. The museum serves as a unique resource for teachers, scholars, students, and professionals of museum studies, descendants of Civil War soldiers, and the general public. More than 200,000 visitors come to the Memorial and Museum each year.

(b) Ben's Chili Bowl has been a pillar the U Street community and DC culture since it opened its doors in 1958. Although U Street has seen many changes over the decades, Ben's has remained, satisfying tens of thousands of customers with their famous homemade chili and half smokes. As a DC landmark, Ben's has served as a destination for visitors from around the world, and has served everyone from jazz legends Duke Ellington and Ella Fitzgerald to President Barack Obama.

(c) Emergency legislation is necessary to cover renovations and improvements to both locations, and close the funding gap experienced by the AACWM to build out the museum into the remainder of its facility.

(d) Expanding the AACWM will also complete a key recommendation from Office of Planning's DUKE small area plan on the historic Cardozo/Shaw neighborhood, utilizing the former Grimke school's for the AACWM and its foundation.

Sec. 3. The Council of the District of Columbia determines that the circumstances in section 2 constitute emergency circumstances, making it necessary that the African American Civil War Museum and Ben's Chili Bowl Limited Grant-Making Authority Emergency Emergency Act of 2023 be adopted after a single reading.

13

31. Sycamore also engages with users who comment on his tweets about public business, showing that he considers their input when deciding how to vote. In the below tweet, he agrees with a user and explains that he had asked for input because he "just needed a quick vibe check" to ensure he was voting the right way:



32. Of course, now that Schoen is blocked from his own elected official's twitter account, he is unable to voice his opinions and interact with Sycamore in an accessible way (while other users who have not questioned Sycamore's fitness for office are able to tweet to Sycamore and influence his decisions).

33. Sycamore frequently posts his thoughts on issues relating to official business, such as real estate development policy. For example, he recently tweeted that he was opposed to building an apartment building in front of a "majestic corner house," that a "BUILD BUILD BUILD mindset will ruin the city we all love," and that he disagreed with "far left/latte liberal ANCs."



34.     Sycamore also recently explained that he was disappointed with his ANC colleagues for voting in favor of "up-zoning" by approving a recent project:





**Commissioner Jamie Sycamore**
2,293 Tweets

Follow

💬 12.3K    🔁 11.4K    ♡ 43.6K    📊 2.8M    ⬆️

**Commissioner Jamie Sycamore** @SycamoreANC · Apr 6 ⋯
Very disappointed in my fellow @ANC1B Commissioners who railroaded their constituents and voted to approve this project.

I don't understand Elected officials who just completely ignore the people who got them there.

> **Tucker Jones** @tuckcomatus · Apr 6
> I'm glad that ANC 1B voted to support the proposed upzoning at 1617 U St NW this evening. I look forward to working with the community and DMPED to make sure that the rest of the process continues to balance residents' many desires for this space.
> twitter.com/tuckcomatus/st...

💬 8    🔁 1    ♡ 9    📊 6,975    ⬆️

**Commissioner Jamie Sycamore** @SycamoreANC · Apr 6 ⋯
Incredibly disappointed in most of my @ANC1B colleagues for voting up the up-zoning of 1617 U street NW from an MU-4 to an MU-10. They completely railroaded the majority of their constituents and their concerns of neighbors and the community.

💬    🔁 1    ♡ 1    📊 1,020    ⬆️

35.    Schoen, who disagrees with Sycamore and believes that building affordable housing is crucial in a city with a severe housing crisis, is unable to interact with Sycamore's tweets on the matter.

36.    Sycamore also frequently tweets about alleged crimes and his policy responses to crime. So far in April he has tweeted or retweeted reports of alleged crimes about thirty times, including allegations of carjacking, graffiti, and littering:

16



**⇄ Commissioner Jamie Sycamore Retweeted**

**Mark Galvan** @MarkforANC5F04 · Apr 17

Just finished walking on 3rd Street from V ST NE to R ST NE. The sidewalk and road was pristine yesterday after the volunteer clean up Saturday is now riddled with litter. How can we change the behavior and keep our neighborhood clean?

💬 1          ⇄ 1          ♡ 9          ᴎ 907          ⬆



**Commissioner Jamie Sycamore** @SycamoreANC · Apr 19

Around the corner from my house in 1E.

Will my colleagues in @ANC1B and @BrianneKNadeau do anything?

Naw... they're happy to be sweeping it under the rug.

> **Alan Henney** @alanhenney · Apr 19
> HOWARD STUDENT CARJACKED AT GUNPOINT --- Howard Plaza Towers, 2251 Sherman Ave NW DC. Taken was a black 2011 Infiniti with Pa tags. A white Toyota Camry followed. @HowardU

💬          ⇄ 2          ♡ 13          ᴎ 2,181          ⬆

**Commissioner Jamie Sycamore** @SycamoreANC · Apr 19

Nice, now we have MS13 activity in @ANC1B.

Does anyone care?

Probably not.

> **PoPville** @PoPville · Apr 19
> "advice on how to address the MS13 graffiti tags?" popville.com /2023/04/dc-ms1...

💬 7          ⇄ 1          ♡ 11          ᴎ 4,280          ⬆

37. Sycamore considers his reposting of crime reports to be reflective of his priorities as an ANC, and argues that his ANC colleagues do not care sufficiently about crime:



38.     Sycamore also used his account to express that he believes "violence interrupters" do not work and should not be funded:



39.     Instead, Sycamore seems to support increased police presence, including by increasing patrols at public transit stations to reduce "transit crimes":



40.     Sycamore has also used his account to disagree with a recently passed D.C. law designed to stop deaths caused by police chases:





41.     Schoen, who disagrees with Sycamore's views on crime policy and who supports data-driven solutions such as violence interrupters over increased criminalization, is unable to view or interact with these tweets because he questioned Sycamore's fitness for office and disagreed with Sycamore's decision to block other users.

42.     Sycamore does not use any other twitter account for communicating with constituents about public business, and his @SycamoreANC twitter account is his primary method of communicating with constituents.

43. Because Schoen is unable to view or interact with Sycamore's twitter account, he misses out on information about his elected official's views regarding upcoming votes, and is unable to make his own views known to Sycamore's other constituents and followers.

44. On April 6, 2023, Schoen decided to attend an ANC meeting in person. There was a vote that day concerning a potential housing development that Schoen hoped would be approved. Schoen was unable to tell Sycamore his thoughts before the meeting that day because he was blocked from Sycamore's twitter account, but he hoped he would be able to see Sycamore in person.

45. However, Sycamore was not physically present at the meeting, instead choosing to attend electronically. During the meeting, Sycamore did not appear to be paying attention to the proceedings. When the ANCs voted on the housing development item, Sycamore initially abstained from voting, seemingly because he did not know what was happening. Later in the meeting, he asked to change his vote to "no" when he apparently realized what they had voted on. Schoen was disappointed that Sycamore voted no.

46. Only one other ANC did not attend the meeting in person. This ANC did not attend because she was taking care of a sick loved one. All other ANCs besides her and Sycamore were physical present and interacted with their constituents after the meeting.

47. Schoen was unable to interact with his elected official at this meeting, and unlike other constituents who did not voice opinions that Sycamore disagreed with, Schoen was also unable to interact with his elected official online via twitter.

**Sycamore's Twitter Account is Marked With the Trappings of His Office**

48. Sycamore's twitter handle for official ANC business is @SycamoreANC. The handle itself denotes that it was created in his capacity as an ANC candidate and officeholder.

49. Likewise, Sycamore's name appears as "Commissioner Jamie Sycamore" at the top of his account.

50. Sycamore created this account in July 2022, and is listed as residing in Washington, D.C.

51. As of May 1, 2023, 654 users follow Sycamore's account and Sycamore follows the accounts of 591 users.

52. The biographical blurb at the top of Sycamore's account begins with the following "DC•ANC 1B03." It then lists a number of political topics, such as "Dem," "Diversity," and "Housing."

53. The only current professional activity identified on in the biographical blurb is his public service as an ANC representative.

54. Sycamore has a separate, personal account that he created in March 2021, a full year before creating his @SycamoreANC account. The twitter handle for his personal account is @jamiesycamoredc. Unlike his @SycamoreANC account, this account does not include Sycamore's role as a commissioner in his title:



**Claim for Relief**

*Count One:*
**Viewpoint Discrimination in Violation of the First Amendment**
**(42 U.S.C. § 1983)**

55.     Schoen incorporates all prior paragraphs here.

56.     Sycamore is a public official who uses his twitter account for official business and has, therefore, created a public forum on his timeline and the comment threads created by his tweets.

57. Few or none of Sycamore's tweets on his @SycamoreANC account are purely personal in nature. The vast majority relate to political topics or topics related to his official business.

58. Sycamore has never created rules or guidance about what sorts of content will be allowed to remain in the public forum he has created on twitter and what sorts of content will cause a user to be blocked.

59. Sycamore has, therefore, created a designated public forum (as opposed to a limited public forum) on his timeline and the comment threads created by his tweets.

60. In response to Schoen's tweets questioning Sycamore's fitness for office and decision to block other users, Sycamore barred Schoen viewing or participating in the public forum created by Sycamore.

61. Sycamore barred Schoen because of the viewpoint expressed by Schoen.

62. A fortiori, Sycamore blocked Schoen because of the content of his speech.

63. Sycamore violated the First Amendment by blocking Schoen from a public forum because of the viewpoint and content of his speech.

**<u>Prayer for Relief</u>**

Plaintiff Patrick Schoen respectfully requests:

- An injunction requiring Defendant Jamie Sycamore to un-block Schoen from the twitter account @SycamoreANC and forbidding him from blocking him on the basis of his speech so long as he does not post content that is categorically unprotected by the First Amendment;

- A declaratory judgment that Sycamore's decision to block Schoen from the twitter account @SycamoreANC violated the First Amendment;

- An award of $1 in nominal damages;

- An award of reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and

- All other relief that this Court may consider just and proper.


Respectfully submitted,

*/s/ Emily Gerrick*
Emily Gerrick
Charlie Gerstein
(D.C. Bar No. 90010592)
GERSTEIN HARROW LLP
810 7th St NE, Ste. 301
Washington, DC 20002
emily@gerstein-harrow.com
(202) 670-4809

*/s/ Jason Harrow*
Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.,
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293