AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jamie Sycamore

was received by me on *(date)*  5/4/2023  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ **Other** *(specify):* The Office of the Attorney General agreed to accept service on behalf of Jamie Sycamore via email, and was served and accepted via email on June 20, 2023.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date:  June 21, 2023

_____
*Server's signature*

Emily Gerrick
*Printed name and title*

810 7th Street NE, Suite 301 Washington, DC 20002
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |