*Schoen v. Sycamore* Civil Action No. 23-1218
Settlement Agreement
Page 13 of 14

**EXHIBIT B**

*Schoen v. Sycamore*, Civil Action No. 23-1218
Settlement Agreement
Page 14 of 14

Screenshot taken at July 6, 2023.

